LAURA E. DUFFY
United States Attorney
LARA A. STINGLEY
Assistant United States Attorney
California State Bar No. 275534
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8403

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 12CR2155-BEN |
| ) | |
| Plaintiff, ) | GOVERNMENT'S SENTENCING SUMMARY CHART |
| ) | |
| v. ) | |
| ) | Honorable Roger T. Benitez |
| JOSE ANTONIO VIVEROS-RAMIREZ, ) | Date:     January 14, 2013 |
| ) | Time:     9:00 a.m. |
| Defendant. ) | |
| _____ ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and Lara A. Stingley, Assistant United States Attorney, and hereby files the attached Government's Sentencing Summary Chart regarding the above-referenced matter.

DATED: December 27, 2012.

　　　　　　　　　　　　　　　　　　　　　　LAURA E. DUFFY
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　s/ Lara A. Stingley
　　　　　　　　　　　　　　　　　　　　　　LARA A. STINGLEY
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　Email: Lara.Stingley@usdoj.gov

**SENTENCING SUMMARY CHART**

USPO ____
AUSA  X
DEF  ____

| | |
|---|---|
| Defendant's Name:  Jose Antonio Viveros-Ramirez | Docket No.  12CR2155-BEN |
| Attorney's Name:  Lara A. Stingley | Phone No.: (619) 546-8403 |
| Guideline Manual Used:  November 1, 2012 | Agree with USPO Calc.:  Yes |

Base offense Levels: (Drug Quantity if Applicable:) [USSG § 2L2.2(a)]     8

Specific Offense Characteristics:

Prior Deportation (Voluntary Return) [USSG § 2L2.2(b)(1)]     +2
Use of Fraudulent Foreign Passport  [USSG § 2L2.2(b)(3)]     +2

Victim Related Adjustment:     ____

Adjustment for Role in the Offense:     ____

Adjustment for Obstruction of Justice:     ____

Adjustment for Reckless Endangerment During Flight:     ____

Adjusted Offense Level:     12
____ Combined (Mult. Counts)  ____ Career Off.  ____ Armed Career Crim.

Adjustment for Acceptance of Responsibility:     -2

Total Offense Level:     10

Criminal History Score:     3

Criminal History Category:     II
____ Career Offender  ____ Armed Career Criminal

Guideline Range:                                                              from    8   mths
(Range limited by: ____ minimum mand. ____ statutory maximum)     to   14   mths

Departures:
None                                                                                          ____

Resulting Guideline Range: Adjusted Offense Level   10           from   8   mths
                                                                                              to   14   mths

**RECOMMENDATION**: Count 1: 14 months' custody; 1 year supervised released; no fine, $100 special assessment;

Count 2: 6 months' custody to run concurrently to Count 1; no fine.

The Government makes this guideline recommendation after considering each of the 3553(a) factors and submits that the recommended sentence is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. 3553(a)(2).

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 12CR2155-BEN |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| JOSE ANTONIO VIVEROS-RAMIREZ, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Lara A. Stingley, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S SENTENCING SUMMARY CHART** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

 to:  Gary Burcham, Esq.
      Counsel for Jose Antonio Viveros-Ramirez

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2012.

s/ Lara A. Stingley
LARA A. STINGLEY